**Electronically Filed
Supreme Court
SCPW-24-0000772
05-MAR-2025
09:09 AM
Dkt. 25 ODMR**

SCPW-24-0000772

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

DAVID MICHAEL BLOCH, an individual; and KULA DAVES INC., a for profit S Corporation, by and through David Bloch, Petitioners,

vs.

THE HONORABLE JEFFREY NG,
Judge of the Family Court of the Third Circuit,
State of Hawai'i, Respondent Judge,

and

JEREMY BUTTERFIELD, ESQ. and ANNETTE BLOCH, Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 3FDV-22-0000791)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the document filed on February 27, 2025, which we construe as a motion for reconsideration of this court's February 19, 2025 order, and the record, this court has not overlooked or misapprehended points of law or fact. See Hawai'i Rules of Appellate Procedure Rule 40(b) (eff. 2000).

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, March 5, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens